IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MADISON METROPOLITAN SCHOOL
DISTRICT,

        Plaintiff,

v.

P.R., by and through his Parents,
TERESA and RUSTY R.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-385-bbc

---

    This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED THAT judgment is entered in favor of defendant P.R., by and through his parents, Teresa and Rusty R. affirming the decision of the administrative law judge and dismissing plaintiff Madison Metropolitan School District's appeal.

By: _____ Chief Deput Clerk _____2/26/2009_____

    Peter Oppeneer, Clerk of Court                Date